UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LARRY J. NICHOLSON, II, | ) | CASE NO. C08-0798-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION FOR COPIES |
| V. FERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is currently incarcerated in the King County Jail in Kent, Washington. He has filed a civil rights complaint, alleging that on February 29, 2008, a guard at the Jail named Fernandez watched as plaintiff was struck in the face by another inmate. (Dkt. No. 4 at 3). Plaintiff recently has sent the Clerk a letter requesting that the Clerk provide him with a copy of his complaint. (Dkt. No. 14). The Court, having reviewed plaintiff's request, does hereby find and ORDER as follows:

(1) Plaintiff is advised that requests to the Clerk or Court should be presented as motions. A copy of each motion must be sent to counsel for defendant, as well as the Court. *See* Federal Rule of Civil Procedure 5(a). The Court will strike any future request or motion that fails to comply with this rule.

(2) Plaintiff is further advised that his status as an *in forma pauperis* litigant does not

ORDER DENYING PLAINTIFF'S
MOTION FOR COPIES
PAGE -1

01 entitle him to free copies of documents filed with the Court.  *See Tedder v. Odel*, 890 F.2d 210

02 (9th Cir. 1989) (holding that the expenditure of public funds on behalf of an indigent litigant is

03 proper only when authorized by Congress).  Therefore, plaintiff's request for a copy of the

04 complaint  (Dkt. No. 14) is DENIED.

05       (3)    The Clerk is directed to send a copy of this Order to plaintiff and to counsel for

06 defendant.

07       DATED this <u>8th</u> day of September, 2008.

                                 /s/ Mary Alice Theiler
                                 Mary Alice Theiler
                                 United States Magistrate Judge