UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY J. NICHOLSON, II, | CASE NO. C08-0798-MJP-MAT |
| Plaintiff, | |
| v. | ORDER ADVISING PLAINTIFF OF LOCAL RULE; RENOTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| V. FERNANDEZ, | |
| Defendant. | |

On November 7, 2008, defendant filed a motion for summary judgment. (Dkt. No. 16). The motion is noted for consideration by the Court on December 5, 2008. On November 26, 2008, defendant informed the Court that plaintiff had been transferred from the King County Jail to the Washington Corrections Center. (Dkt. No. 23). Defendant also informed the Court that the motion for summary judgment had been re-mailed to plaintiff at his new address. In light of this information provided by defendant, the Court does hereby find and ORDER as follows:

(1) Plaintiff is advised that pursuant to Local Rule CR 41(b)(2), every time he is transferred, he must advise the Court of his new address, or his lawsuit is subject to dismissal. Plaintiff is fortunate that defendant has provided the Court with plaintiff's his new address. The Clerk shall enter plaintiff's new address on the docket as follows:

ORDER ADVISING PLAINTIFF OF LOCAL RULE;
RENOTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT
PAGE -1

Larry Nicholson
DOC #720567
Washington Corrections Center
P.O. Box 900
Shelton, WA 98584

(2) In order to give plaintiff time to respond to defendant's motion for summary judgment, the Court on its own initiative grants plaintiff an extension of time. The Clerk shall RENOTE the motion for summary judgment for consideration by the Court on December 26, 2008. Accordingly, plaintiff's response is due no later than **December 22, 2008.** Plaintiff is reminded that pursuant to *Rand v. Rowland*, 154 F.3d 952, 962-963 (9th Cir. 1998), he must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, that contradict the facts shown in the defendant's declarations and documents and show that there is a genuine issue of material fact for trial. Otherwise, plaintiff's lawsuit may be dismissed. No further extensions of time will be granted absent extraordinary circumstances.

(3) The Clerk is directed to send a copy of this Order to plaintiff and to counsel for defendant.

DATED this 2nd day of December, 2008.

Mary Alice Theiler
United States Magistrate Judge