UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LARRY J. NICHOLSON, II,  )  CASE NO. C08-0798-MJP-MAT
 )
    Plaintiff,  )
 )
    v.  )  ORDER GRANTING PLAINTIFF'S
 )  MOTION FOR EXTENSION OF TIME
V. FERNANDEZ,  )
 )
    Defendant.  )
_____  )

Petitioner has filed a motion seeking an extension of time to file a response to defendant's motion for summary judgment. Having reviewed the motion and the balance of the record, the Court does hereby ORDER as follows:

(1) In light of plaintiff's status as an incarcerated *pro se* litigant, his motion for an extension of time (Dkt. No. 27) is GRANTED. Plaintiff shall file a response to defendant's motion for summary judgment no later than **January 16, 2009.** No further extensions will be granted absent extraordinary circumstances.

(2) Defendant may file a reply to plaintiff's response, if necessary, no later than **January 23, 2009.** The Clerk shall RENOTE defendant's motion for summary judgment for consideration by the Court on **January 23, 2009.**

(3) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -1

01 defendant, and to the Honorable Marsha J. Pechman.

02 DATED this 5th day of January, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -2