UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LARRY J. NICHOLSON, II, | ) | CASE NO. C08-0798-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| V. FERNANDEZ, | ) | |
| Defendant. | ) | |

The Court, having reviewed defendant's motion for summary judgment, plaintiff's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 30);

(2) Plaintiff's objection that Mr. Fernandez knew of Inmate Saiz's anger related to his housing assignment is insufficient evidence to survive summary judgment. (See Dkt. No. 31 at 3.) On the evidence provided, Officer Fernandez had no knowledge of a specific threat to Mr. Nicholson.

(3) Defendant's motion for summary judgment (Dkt. No. 16) is GRANTED;

(4) The complaint and this action are DISMISSED with prejudice; and

ORDER
PAGE -1

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to Judge Theiler.

DATED this 20th day of April, 2009.

Marsha J. Pechman
United States District Judge

ORDER
PAGE -2